No. 1106. DYMO INDUSTRIES, INC., ET AL. *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied. *Carl Hoppe* for petitioners. *Solicitor General Griswold, Assistant Attorney General McLaren,* and *Howard E. Shapiro* for the United States.

No. 1061. FEATHERSTON *v.* MITCHELL, ATTORNEY GENERAL, ET AL. C. A. 5th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Gordon G. Hawn* for petitioner. *Solicitor General Griswold, Assistant Attorney General Walters, Joseph M. Howard,* and *John P. Burke* for respondents.

No. 1010. PHIPPS ET UX. *v.* UNITED STATES. C. A. 5th Cir. Motion to dispense with printing petition granted. Certiorari denied. *John F. O'Neal* for petitioners. *Solicitor General Griswold, Assistant Attorney General Kashiwa, S. Billingsley Hill,* and *William M. Cohen* for the United States.

No. 1045. JUPITER CORP. *v.* FEDERAL POWER COMMISSION ET AL. C. A. D. C. Cir. Certiorari denied. THE CHIEF JUSTICE took no part in the consideration or decision of this petition. *William W. Brackett* for petitioner. *Solicitor General Griswold, Gordon Gooch,* and *Peter H. Schiff* for respondent Federal Power Commission; *Howard C. Westwood, Herbert Dym, Kenneth Heady, John R. Rebman,* and *Willard P. Scott* for respondents Phillips Petroleum Co. et al.

No. 137, Misc. HEMPHILL *v.* ILLINOIS. Sup. Ct. Ill. Certiorari denied. *William J. Scott,* Attorney General of Illinois, and *Joel M. Flaum,* Assistant Attorney General, for respondent.